**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No: 09- cv- 02512 - DME

FREDERICK J. CARBERRY,

    Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION, a/k/a
INTERNATIONAL BUSINESS MACHINES, a/k/a IBM and
METROPOLITAN LIFE INSURANCE COMPANY, a/k/a METLIFE

    Defendants.

---

**ORDER RE: UNOPPOSED MOTION TO DISMISS DEFENDANT IBM WITHOUT PREJUDICE**

---

    The Court, having reviewed Plaintiff's Unopposed Motion to Dismiss Defendant IBM Without Prejudice, grants said Motion, and dismisses without prejudice the Defendant International Business Machines Corporation, a/k/a International Business Machines, a/k/a IBM from this litigation.

    DONE AND SIGNED this  31st  day of   December  , 2009.

                                                  BY THE COURT:

                                                  *s/ David M. Ebel*

                                                  U. S. Circuit Court Judge