IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

| | |
|---|---|
| Civil Action No. 09-cv-02512-DME- BNB | Date: March 30, 2010 |
| Courtroom Deputy: Ginny Kramer | FTR  BNB COURTROOM A-401 |

---

FREDERICK J. CARBERRY,   Michael Scott Krieger

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE   Jack M. Englert, Jr.
COMPANY,
*also known as*
Metlife,

    Defendant.

---

## COURTROOM MINUTES

---

**HEARING:  MOTION HEARING**

**Court in Session:   10:00 a.m.**

Appearance of counsel.

Court's opening remarks.

Argument presented.

**It was ORDERED:**

    1.    That the Plaintiff's Motion for Leave to *Serve Discovery* [#17] filed March 15, 2010, is **TAKEN UNDER ADVISEMENT**.  The Court will issue a written ruling.

**Court in Recess :   10:49 a.m.**

Hearing concluded.
Total time in Court: 00:49 minutes

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.