IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02512-DME-BNB

FREDERICK J. CARBERRY,

Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

Defendant.

### ORDER GRANTING UNOPPOSED MOTION TO EXCEED PAGE LIMIT

The Court has considered the unopposed motion of defendant Metropolitan Life Insurance Company seeking leave to exceed the Court's page limitation by twenty pages for its response in opposition to the motion for summary judgment filed by plaintiff Frederick Carberry, finds that the motion is timely, and finds that good cause supports the granting of this unopposed motion, and

IT IS HEREBY ORDERED that defendant Metropolitan Life Insurance Company may file a response brief not to exceed forty pages.

DATED this 2nd day of July, 2010.

BY THE COURT:

*s/ David M. Ebel*

U. S. Circuit Court Judge

4859388_1.DOC