**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DAVID M. EBEL**

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam<br>Court Reporter: Janet Coppock | Date: April 6, 2011 |

Civil Action No.: 09-cv-02512-DME-BNB

| *Parties:* | *Counsel:* |
|---|---|
| FREDERICK J. CARBERRY, | Michael Scott Krieger |
|     Plaintiff, | |
| v. | |
| METROPOLITAN LIFE INSURANCE<br>COMPANY, | Jack M. Englert, Jr. |
|     Defendant. | |

## COURTROOM MINUTES

HEARING: Motions

**10:19 a.m.   Court in session**.

Court calls case.  Appearances of counsel.

Preliminary remarks by the court.

Argument heard on Motion For Summary Judgment (Filed 6/8/10; Doc. No. 45).

10:22 a.m.   Argument by Mr. Krieger.  Questions by the Court.

10:48 a.m.   Argument by Mr. Englert.  Questions by the Court.

11:05 a.m.   Rebuttal argument by Mr. Krieger.

*09-cv-02512-DME-BNB*
*Motions Hearing*
*April 6, 2011*

Argument heard on MetLife's Combined Motion and Brief Supporting Its Motion For Summary Judgment (Filed 6/8/10; Doc. No. 44).

11:11 a.m.    Argument by Mr. Englert.  Questions by the Court.

11:16 a.m.    Argument by Mr. Krieger.  Questions by the Court.

11:26 a.m.    Rebuttal argument by Mr. Englert.

**ORDERED:**  Plaintiff's **Motion For Summary Judgment (Filed 6/8/10; Doc. No. 45)**, and Defendant **MetLife's Combined Motion and Brief Supporting Its Motion For Summary Judgment (Filed 6/8/10; Doc. No. 44)** are taken UNDER ADVISEMENT.

**11:29 a.m.    Court in recess.**
Hearing concluded.
Total in-court time: 1 hour;10 minutes